**Phillip Duane CARRIKER,
Plaintiff-Appellant,**

v.

**COMMISSIONER OF THE INTERNAL
REVENUE SERVICE; United States
Department of the Treasury; United
States of America, Defendants-Appel-
lees.**

No. 16-1021

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2016

Decided: May 31, 2016

Phillip Duane Carriker, Appellant Pro
Se. Marion Elizabeth Erickson, Richard
Farber, UNITED STATES DEPART-
MENT OF JUSTICE, Washington, D.C.,
for Appellees.

Before TRAXLER, Chief Judge, and
NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Phillip Duane Carriker appeals the dis-
trict court's orders granting in part, and
dismissing in part, his action seeking a
refund of tax penalties, attorney's fees,
costs, and interest, as well as reimburse-
ment for his time and for expenses related

to his defense of his CPA license. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. Carriker
v. Comm'r, No. 3:14-cv-00154-RJC-DCK,
2015 WL 502239 (W.D.N.C. Feb. 5, 2015;
Nov. 23, 2015). We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

AFFIRMED